# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS A. ESCOBAR,

    Petitioner,

vs.

ANTHONY SCILLIA, et al.,

    Respondents.

Case No. 2:10-CV-01973-KJD-(RJJ)

**ORDER**

    Respondents having submitted a motion for enlargement of time (first request) (#21), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#21) is **GRANTED**.  Respondents shall have through July 2, 2012, to file and serve an answer or other response to the amended petition (#11).

    DATED: May 21, 2012

_____
KENT J. DAWSON
United States District Judge