# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS A. ESCOBAR,<br><br>    Petitioner,<br><br>vs.<br><br>ANTHONY SCILLIA, et al.,<br><br>    Respondents. | Case No. 2:10-CV-01973-KJD-(RJJ)<br><br>**ORDER** |

Respondents having submitted a motion for enlargement of time (first request) (#21), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#21) is **GRANTED**.  Respondents shall have through July 2, 2012, to file and serve an answer or other response to the amended petition (#11).

DATED: May 21, 2012

_____
KENT J. DAWSON
United States District Judge