# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS A. ESCOBAR,<br><br>    Petitioner,<br><br>vs.<br><br>ANTHONY SCILLIA, et al.,<br><br>    Respondents. | Case No. 2:10-CV-01973-KJD-(RJJ)<br><br>**ORDER** |

Petitioner having submitted an unopposed motion for enlargement of time to file response in opposition to motion to dismiss (first request) (#24), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time to file response in opposition to motion to dismiss (first request) (#24) is **GRANTED**. Petitioner shall have through September 7, 2012, to file a response in opposition to the motion to dismiss (#23).

DATED: July 23, 2012

_____
KENT J. DAWSON
United States District Judge