# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS A. ESCOBAR,

     Petitioner,

vs.

ANTHONY SCILLIA, et al.,

     Respondents.

Case No. 2:10-cv-01973-KJD-NJK

**ORDER**

     Petitioner having submitted an unopposed motion for an extension of time (first request) (#44), and good cause appearing;

     IT IS THEREFORE ORDERED that petitioner's unopposed motion for an extension of time (first request) (#44) is **GRANTED**.  Petitioner shall have through June 27, 2013, to file a reply to respondents opposition to motion for issuance of stay and abeyance order (#43).

     DATED: June 19, 2013

_____
KENT J. DAWSON
United States District Judge