# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARLOS A. ESCOBAR,

    Petitioner,

vs.

ANTHONY SCILLIA, et al.,

    Respondents.

Case No. 2:10-cv-01973-KJD-NJK

**ORDER**

    The court stayed this action while petitioner returned to state court to pursue post-conviction relief. Those proceedings have concluded, petitioner has filed a motion to reopen case (#49), and respondents have filed a non-opposition (#51). Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to reopen case (#49) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the first amended petition (#11). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    IT IS FURTHER ORDERED that the exhibits filed in the court's docket at #50 shall be considered as additional exhibits to the first amended petition (#11).

///

///

-2-

1  IT IS FURTHER ORDERED that, from this date forward, the hard copy of any exhibits
2  shall be forwarded—for this case—to the staff attorneys in Las Vegas.
3  DATED: January 6, 2015

_____
KENT J. DAWSON
United States District Judge